

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-17-00195-CV

———————————————

GUARDIANSHIP OF VERNA FRANCIS COLEY THETFORD, AN
INCAPACITATED PERSON

On Appeal from the 90th District Court
Young County, Texas
Trial Court No. 33186

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).

Costs incurred related to this appeal are taxed as provided by the law applicable to guardianship proceedings. *See* Tex. Est. Code Ann. § 1155.151(a); *see also* Tex. R. App. P. 43.4.

Per Curiam

Delivered: November 21, 2019